```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

TOMAS CANO GONZALEZ, ET AL.,

                Plaintiffs,

- against -

TREMSON RECYLCLING, ET Al.,

                Defendants.

24-cv-1612 (JGK)

ORDER

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The deadline for the defendants to answer was March 27, 2024. See ECF Nos. 18-24. To date, no answer has been filed. The time to answer is extended to **April 15, 2024.**

SO ORDERED.

Dated:    New York, New York
           April 1, 2024

                                        _____
                                          John G. Koeltl
                                       United States District Judge