```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

TOMAS CANO GONZALEZ, ET AL.,

                Plaintiffs,

- against -

TREMSON RECYLCLING, ET Al.,

                Defendants.

24-cv-1612 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff should file an a proposed order to show cause for a default judgment in accordance with the Local Rules and this Court's Individual Practices, after obtaining a certificate of default from the Clerk's office.

SO ORDERED.

Dated:    New York, New York
            April 19, 2024

                                              John G. Koeltl
                                      United States District Judge