UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOMAS CANO GONZALEZ, ET AL.,

          Plaintiffs,

- against -

TREMSON RECYLCLING, ET Al.,

          Defendants.

---

24-cv-1612 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to file a proposed order to show cause for a default judgment is extended to **May 20, 2024**. The plaintiff is directed to file the proposed order in accordance with the Local Rules and this Court's Individual Practices, after obtaining a certificate of default from the Clerk's office.

    If the plaintiff does not comply with this order, the case may be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           April 29, 2024

                                          John G. Koeltl
                                United States District Judge