# K<small>ATZ</small>M<small>ELINGER</small>
370 L<small>EXINGTON</small> A<small>VENUE</small>, S<small>UITE</small> 1512
N<small>EW</small> Y<small>ORK</small>, N<small>EW</small> Y<small>ORK</small> 10017
www.katzmelinger.com

| | |
|---|---:|
| Jonathan Trinidad-Lira | o: 212.460.0047 |
| Katz Melinger PLLC | f: 212.428.6811 |
| | jtrinidadlira@katzmelinger.com |

May 28, 2024

**V<small>IA</small> ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
Application granted. SO ORDERED.

Dated May 29, 2024        /s/ John G. Koeltl
New York, New York        John G. Koeltl, U.S.D.J.
```

Re:   *Cano Gonzalez et al v. Tremson Recycling LLC et al*
      <u>Civil Action No. 1:24-cv-01612-JGK</u>

Dear Judge Koeltl:

We represent the Plaintiffs in the above-referenced matter, and we write to respectfully request an extension of Plaintiffs' time to file a proposed order to show cause for a default judgment from the current deadline of May 31, 2024 to June 6, 2024. This is Plaintiffs' second request for an extension of this deadline. The reason for this request is because attorneys purporting to represent defendants have stated that they will file an appearance this week.

We thank the Court for its consideration in this matter.

Respectfully,

*/s/Jonathan Trinidad-Lira*
Jonathan Trinidad-Lira