UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
TOMAS CANO GONZALEZ and JULIO ROSAS,
individually and on  behalf of all others similarly situated,                        Civil Action No.

                                         Plaintiffs,                        24-cv-01612

       -against-

                                           CERTIFICATE OF
TREMSON RECYCLING LLC, THE TREMSON                                         SERVICE
CORPORATION, TREMSON WOOD PRODUCTS LLC,
DENISE TREMBLAY, MARJOLAINE TREMBLAY,
GEORGE TREMBLAY JR., and JOHN TREMBLAY,

                                  Defendants.
-----------------------------------------------------------------------X

      I, Diomicsa Hernandez, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows, certify that on the 12th day of June 2024, I served a copy of the LETTER TO DEFENDANTS, ENCLOSING THE COURT'S ORDER TO SHOW CAUSE FOR A DEFAULT JUDGMENT [Docket No. 41], on the following, by the United States Postal Service within New York State, via First Class Mail:

Tremson Recycling LLC
Attn: Denise Tremblay, Marjolaine Tremblay,
George Tremblay Jr. and John Tremblay
3675 Danbury Road
Brewster, New York 10509

The Tremson Corporation
21 Branch Road
Brewster, New York 10509

Tremson Wood Products LLC
25 Ames Road
Brewster, New York 10509


By: _____
               Diomicsa Hernandez