```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

TOMAS CANO GONZALEZ, ET AL.,

            Plaintiffs,

   - against -

TREMSON RECYLCLING, ET Al.,

            Defendants.

24-cv-1612 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

On June 5, 2024, the Clerk of the Court issued a Certificate of Default as to the defendants, Tremson Recycling, LLC, the Tremson Corporation, Tremson Wood Products, LLC, Denise Tremblay, Marjolaine Tremblay, George Tremblay, Jr., and John Tremblay. See ECF No. 36. By Order issued on June 7, 2024, the Court ordered the defendants to show cause by June 24, 2024, why an order for an entry of default judgment should not be issued. See ECF No. 41. The plaintiffs served the defendants with the Order and filed proof of service on June 13, 2024. See ECF No. 42. Because the defendants have failed to respond by the due date, the plaintiffs are entitled to a default judgment as to the defendants. The case is referred to the Magistrate Judge for an inquest with respect to damages and the nature of the judgment to be entered.

SO ORDERED.

Dated:   New York, New York
           July 3, 2024

                                             John G. Koeltl
                                  United States District Judge