EXHIBIT 3

(518) 463-4179
(800) 828-4428 NYS ONLY
(518) 463-3752 Fax
www.servico.com
14-1638171 Tax I.D. No.



**SERVICO**®
SINCE 1924
P.O. Box 871, Albany, New York 12201

# Invoice

| Date | Invoice # |
|---|---|
| 3/18/2024 | S1905758 |

**Bill To**
Katz Melinger PLLC
Luisaura Castillo
370 Lexington Avenue, Suite 1512
New York, NY 10017



**Ship To**
Katz Melinger PLLC
Luisaura Castillo
370 Lexington Avenue, Suite 1512
New York, NY 10017

| Your File # | Biller | Account # | Customer Phone |
|---|---|---|---|
|  | PC | 600047 | 212-460-0047 |

| Description | Amount |
|---|---|
| TOMAS CANO GONZALEZ AND JULIO ROSAS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED VS TREMSON RECYCLING LLC, ET AL SERVICE ON: DENISE TREMBLAY | |
| PERSONAL SERVICE | 125.00 |
| ADMINISTRATIVE CHARGE | 5.00 |
| Copy Fee | 15.00 |
| Credit Card Ran | 0.00 |
| SALES TAX NYC 5 BOROUGHS | 0.00 |

- THANK YOU - PAY THIS INVOICE UPON RECEIPT -

| Total | $145.00 |
|---|---|
| Payments/Credits | -$145.00 |
| Balance Due | $0.00 |

RETURN COPY OF INVOICE WITH PAYMENT - WRITE INVOICE NUMBER ON ALL PAYMENTS

NOTE: We guarantee our information to be as accurate as REASONABLE CARE can make it.  However, the ultimate responsibility for maintaining files rests with the filing officer and/or government agency and we will accept NO LIABILITY beyond the exercise of REASONABLE CARE.



(518) 463-4179
(800) 828-4428 NYS ONLY
(518) 463-3752 Fax
www.servico.com
14-1638171 Tax I.D. No.

P.O. Box 871, Albany, New York 12201

# Invoice

| Date | Invoice # |
|---|---|
| 3/18/2024 | S1906199 |



**Bill To**

Katz Melinger PLLC
Luisaura Castillo
370 Lexington Avenue, Suite 1512
New York, NY 10017

**Ship To**

Katz Melinger PLLC
Luisaura Castillo
370 Lexington Avenue, Suite 1512
New York, NY 10017

| Your File # | Biller | Account # | Customer Phone |
|---|---|---|---|
|  | AB | 600047 | 212-460-0047 |

| Description | Amount |
|---|---|
| TOMAS CANO GONZALEZ AND JULIO ROSAS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED VS TREMSON RECYCLING LLC, ET AL SERVICE ON: GEORGE TREMBLAY JR. | |
| PERSONAL SERVICE | 125.00 |
| ADMINISTRATIVE CHARGE | 5.00 |
| Copy Fee | 15.00 |
| Credit Card Ran | 0.00 |
| SALES TAX NYC 5 BOROUGHS | 0.00 |

- THANK YOU - PAY THIS INVOICE UPON RECEIPT -

| Total | $145.00 |
|---|---|
| Payments/Credits | -$145.00 |
| Balance Due | $0.00 |

RETURN COPY OF INVOICE WITH PAYMENT - WRITE INVOICE NUMBER ON ALL PAYMENTS

NOTE: We guarantee our information to be as accurate as REASONABLE CARE can make it. However, the ultimate responsibility for maintaining files rests with the filing officer and/or government agency and we will accept NO LIABILITY beyond the exercise of REASONABLE CARE.



# Invoice

(518) 463-4179
(800) 828-4428 NYS ONLY
(518) 463-3752 Fax
www.servico.com
14-1638171 Tax I.D. No.

SINCE 1924
P.O. Box 871, Albany, New York 12201

| Date | Invoice # |
|---|---|
| 3/18/2024 | S1906200 |



| Bill To | Ship To |
|---|---|
| Katz Melinger PLLC<br>Luisaura Castillo<br>370 Lexington Avenue, Suite 1512<br>New York, NY 10017 | Katz Melinger PLLC<br>Luisaura Castillo<br>370 Lexington Avenue, Suite 1512<br>New York, NY 10017 |

| Your File # | Biller | Account # | Customer Phone |
|---|---|---|---|
|  | AB | 600047 | 212-460-0047 |

| Description | Amount |
|---|---|
| TOMAS CANO GONZALEZ AND JULIO ROSAS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br>VS<br>TREMSON RECYCLING LLC, ET AL<br>SERVICE ON: JOHN TREMBLAY | |
| PERSONAL SERVICE | 125.00 |
| ADMINISTRATIVE CHARGE | 5.00 |
| Copy Fee | 15.00 |
| Credit Card Ran | 0.00 |
| SALES TAX NYC 5 BOROUGHS | 0.00 |

- THANK YOU - PAY THIS INVOICE UPON RECEIPT -

| | |
|---|---|
| Total | $145.00 |
| Payments/Credits | -$145.00 |
| Balance Due | $0.00 |

RETURN COPY OF INVOICE WITH PAYMENT - WRITE INVOICE NUMBER ON ALL PAYMENTS

NOTE: We guarantee our information to be as accurate as REASONABLE CARE can make it. However, the ultimate responsibility for maintaining files rests with the filing officer and/or government agency and we will accept NO LIABILITY beyond the exercise of REASONABLE CARE.

(518) 463-4179
(800) 828-4428 NYS ONLY
(518) 463-3752 Fax
www.servico.com
14-1638171 Tax I.D. No.



**SERVICO**
SINCE 1924
P.O. Box 871, Albany, New York 12201



# Invoice

| Date | Invoice # |
|---|---|
| 3/18/2024 | S1906197 |

**Bill To**
Katz Melinger PLLC
Luisaura Castillo
370 Lexington Avenue, Suite 1512
New York, NY 10017

**Ship To**
Katz Melinger PLLC
Luisaura Castillo
370 Lexington Avenue, Suite 1512
New York, NY 10017

| Your File # | Biller | Account # | Customer Phone |
|---|---|---|---|
|  | AB | 600047 | 212-460-0047 |

| Description | Amount |
|---|---|
| TOMAS CANO GONZALEZ AND JULIO ROSAS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | |
| VS | |
| TREMSON RECYCLING LLC, ET AL | |
| SERVICE ON: MARJOLAINE TREMBLAY | |
| PERSONAL SERVICE | 125.00 |
| ADMINISTRATIVE CHARGE | 5.00 |
| Copy Fee | 15.00 |
| Credit Card Ran | 0.00 |
| SALES TAX NYC 5 BOROUGHS | 0.00 |

- THANK YOU - PAY THIS INVOICE UPON RECEIPT -

| | |
|---|---|
| Total | $145.00 |
| Payments/Credits | -$145.00 |
| Balance Due | $0.00 |

RETURN COPY OF INVOICE WITH PAYMENT - WRITE INVOICE NUMBER ON ALL PAYMENTS

NOTE: We guarantee our information to be as accurate as REASONABLE CARE can make it. However, the ultimate responsibility for maintaining files rests with the filing officer and/or government agency and we will accept NO LIABILITY beyond the exercise of REASONABLE CARE.



# Invoice

(518) 463-4179
(800) 828-4428 NYS ONLY
(518) 463-3752 Fax
www.servico.com
14-1638171 Tax I.D. No.

P.O. Box 871, Albany, New York 12201

| Date | Invoice # |
|---|---|
| 3/6/2024 | S1905757 |



| Bill To | Ship To |
|---|---|
| Katz Melinger PLLC<br>Luisaura Castillo<br>370 Lexington Avenue, Suite 1512<br>New York, NY 10017 | Katz Melinger PLLC<br>Luisaura Castillo<br>370 Lexington Avenue, Suite 1512<br>New York, NY 10017 |

| Your File # | Biller | Account # | Customer Phone |
|---|---|---|---|
|  | PC | 600047 | 212-460-0047 |

| Description | Amount |
|---|---|
| TOMAS CANO GONZALEZ AND JULIO ROSAS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br>VS<br>TREMSON RECYCLING LLC, ET AL<br>SERVICE ON: THE TREMSON CORPORATION | |
| SERVICE OF PROCESS - SECRETARY OF STATE | 25.00 |
| ADMINISTRATIVE CHARGE | 5.00 |
| DISBURSEMENT TO DEPARTMENT OF STATE | 40.00 |
| Copy Fee | 15.00 |
| Credit Card Ran | 0.00 |
| SALES TAX NYC 5 BOROUGHS | 0.00 |

| | | |
|---|---|---|
| - THANK YOU - PAY THIS INVOICE UPON RECEIPT - | Total | $85.00 |
| | Payments/Credits | -$85.00 |
| RETURN COPY OF INVOICE WITH PAYMENT - WRITE INVOICE NUMBER ON ALL PAYMENTS | Balance Due | $0.00 |

NOTE: We guarantee our information to be as accurate as REASONABLE CARE can make it. However, the ultimate responsibility for maintaining files rests with the filing officer and/or government agency and we will accept NO LIABILITY beyond the exercise of REASONABLE CARE.

(518) 463-4179
(800) 828-4428 NYS ONLY
(518) 463-3752 Fax
www.servico.com
14-1638171 Tax I.D. No.



SERVICO
SINCE 1924
P.O. Box 871, Albany, New York 12201

# Invoice

| Date | Invoice # |
|---|---|
| 3/6/2024 | S1905755 |



PAID 03/06/2024

**Bill To**
Katz Melinger PLLC
Luisaura Castillo
370 Lexington Avenue, Suite 1512
New York, NY 10017

**Ship To**
Katz Melinger PLLC
Luisaura Castillo
370 Lexington Avenue, Suite 1512
New York, NY 10017

| Your File # | Biller | Account # | Customer Phone |
|---|---|---|---|
|  | PC | 600047 | 212-460-0047 |

| Description | Amount |
|---|---|
| TOMAS CANO GONZALEZ AND JULIO ROSAS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | |
| VS | |
| TREMSON RECYCLING LLC, ET AL | |
| SERVICE ON: TREMSON RECYCLING, LLC | |
| SERVICE OF PROCESS - SECRETARY OF STATE | 25.00 |
| ADMINISTRATIVE CHARGE | 5.00 |
| DISBURSEMENT TO DEPARTMENT OF STATE | 40.00 |
| Copy Fee | 15.00 |
| Credit Card Ran | 0.00 |
| SALES TAX NYC 5 BOROUGHS | 0.00 |

| | |
|---|---|
| Total | $85.00 |
| Payments/Credits | -$85.00 |
| Balance Due | $0.00 |

- THANK YOU - PAY THIS INVOICE UPON RECEIPT -

RETURN COPY OF INVOICE WITH PAYMENT - WRITE INVOICE NUMBER ON ALL PAYMENTS

NOTE: We guarantee our information to be as accurate as REASONABLE CARE can make it. However, the ultimate responsibility for maintaining files rests with the filing officer and/or government agency and we will accept NO LIABILITY beyond the exercise of REASONABLE CARE.



(518) 463-4179
(800) 828-4428 NYS ONLY
(518) 463-3752 Fax
www.servico.com
14-1638171 Tax I.D. No.

P.O. Box 871, Albany, New York 12201

# Invoice

| Date | Invoice # |
|---|---|
| 3/6/2024 | S1905756 |



| Bill To | Ship To |
|---|---|
| Katz Melinger PLLC<br>Luisaura Castillo<br>370 Lexington Avenue, Suite 1512<br>New York, NY 10017 | Katz Melinger PLLC<br>Luisaura Castillo<br>370 Lexington Avenue, Suite 1512<br>New York, NY 10017 |

| Your File # | Biller | Account # | Customer Phone |
|---|---|---|---|
|  | PC | 600047 | 212-460-0047 |

| Description | Amount |
|---|---|
| TOMAS CANO GONZALEZ AND JULIO ROSAS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | |
| VS | |
| TREMSON RECYCLING LLC, ET AL | |
| SERVICE ON: TREMSON WOOD PRODUCTS LLC | |
| SERVICE OF PROCESS - SECRETARY OF STATE | 25.00 |
| ADMINISTRATIVE CHARGE | 5.00 |
| DISBURSEMENT TO DEPARTMENT OF STATE | 40.00 |
| Copy Fee | 15.00 |
| Credit Card Ran | 0.00 |
| SALES TAX NYC 5 BOROUGHS | 0.00 |

|  | Total | $85.00 |
|---|---|---|
| - THANK YOU - PAY THIS INVOICE UPON RECEIPT - | Payments/Credits | -$85.00 |
| RETURN COPY OF INVOICE WITH PAYMENT - WRITE INVOICE NUMBER ON ALL PAYMENTS | Balance Due | $0.00 |

NOTE: We guarantee our information to be as accurate as REASONABLE CARE can make it. However, the ultimate responsibility for maintaining files rests with the filing officer and/or government agency and we will accept NO LIABILITY beyond the exercise of REASONABLE CARE.

**U.S. Legal Support**

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20240775039-13 | 9/6/2024 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6702593 | 9/4/2024 | $748.64 |

**NE - NEW YORK CITY**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
Phone: 212-759-6014  Fax: 877-876-9330

| Case Name |
|---|
| Cano Gonzalez et al v. Tremson Recycling LLC et al, Civil Action |

**Diomicsa Hernandez**
**Katz Melinger**
**370 Lexington Avenue Suite 1512**
**New York NY 10017**

| Case No. |
|---|
| No124cv01612JGK |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Katz Melinger<br>370 Lexington Avenue Suite 1512<br>New York NY 10017 | Diomicsa Hernandez<br>Katz Melinger<br>370 Lexington Avenue Suite 1512<br>New York NY 10017 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| DOCUMENT TRANSLATION: General | | | | |
| Document Translation - Per Page | 3798.00 | Pages | $0.18 | $683.64 |
| Interpreting Administration Fee | 1.00 | N/A | $25.00 | $25.00 |
| Certificate of Accuracy Fee | 1.00 | N/A | $40.00 | $40.00 |

Witness: Declaration of Julio Rosas v9 & Witness: Declaration of Tomas Cano v10

| | |
|---|---|
| Total Due | $748.64 |
| AFTER 10/21/2024 PAY | $860.94 |
| (-) Payments/Credits | $0.00 |
| (+) Finance Charges/Late Fees | $0.00 |
| (=) New Balance | $748.64 |

Tax ID : 76-0523238  Nevada Firm Registration # 067F                         Phone: 212-460-0047

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer. Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Diomicsa Hernandez
Katz Melinger
370 Lexington Avenue Suite 1512
New York NY 10017

| Invoice No. | 20240775039-13 | Invoice Date | 9/6/2024 |
|---|---|---|---|
| Job No. | 6702593 | Case No. | No124cv01612JGK |
| Total Due | $748.64 | | |

Remit To:  **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

**PAY BY CREDIT CARD**   

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**          **Phone:**

**Billing Address:**

**Zip:**                **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**