UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TOMAS CANO GONZALEZ et al,  :

                                                  :          24-CV-1612 (JGK) (RWL)

                   Plaintiffs,    :

                                                  :          **ORDER**

            - against -            :

                                                  :

TREMSON RECYCLING LLC et al,  :

                                                  :

                   Defendants.   :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        The Court's order at Dkt. 46 dated July 24, 2024, required that Plaintiff file proof of service of that order and of Plaintiff's inquest filings within 3 days of each filing respectively.  (Dkt. 46 at No. 7.)  No proof of service for either appears on the docket.  Accordingly, by September 20, 2024, Plaintiff shall file either (1) proof of service of those materials if Plaintiff did in fact serve them as required; or (2) a letter of explanation of status and reason for non-compliance if Plaintiff did not serve the materials as required.

                                                SO ORDERED.

                                           _____
                                           ROBERT W. LEHRBURGER
                                           UNITED STATES MAGISTRATE JUDGE

Dated:     September 18, 2024
              New York, New York