UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

TOMAS CANO GONZALEZ and JULIO ROSAS,
individually and on behalf of all others similarly situated,

                              Plaintiffs,

-against-

TREMSON RECYCLING LLC, THE TREMSON CORPORATION, TREMSON WOOD PRODUCTS LLC, DENISE TREMBLAY, MARJOLAINE TREMBLAY, GEORGE TREMBLAY JR., and JOHN TREMBLAY,

                              Defendants.
------------------------------------------------------------------------X

Civil Action No.

24-cv-01612

CERTIFICATE OF SERVICE

      I, Diomicsa Hernandez, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows, certify that on the 19th day of September 2024, I served a copy of the COURT'S ORDER REGARDING INQUEST DATED JULY 24, 2024 (DKT NO. 46), PROPOSED FINDINGS OF FACT AND CONCLUSION OF LAW, DECLARATION OF TOMAS CANO GONZALEZ, DECLARATION OF JULIO ROSAS, DECLARATION OF JONATHAN TRINIDAD-LIRA IN SUPPORT OF PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSION OF LAW, and EXHIBITS 1 THROUGH 3 (DKT NOS. 49-51) on the following, by the United States Postal Service within New York State, via First Class Mail:

Tremson Recycling LLC
Attn: Denise Tremblay, Marjolaine Tremblay,
George Tremblay Jr. and John Tremblay
3675 Danbury Road
Brewster, New York 10509

The Tremson Corporation
21 Branch Road
Brewster, New York 10509

Tremson Wood Products LLC
25 Ames Road
Brewster, New York 10509

                                                                   By: _____
                                                                        Diomicsa Hernandez