UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TOMAS CANO GONZALEZ et al,                :
                                          :     24-CV-1612 (JGK) (RWL)
                    Plaintiffs,           :
                                          :     **ORDER**
        - against -                       :
                                          :
TREMSON RECYCLING LLC et al,              :
                                          :
                    Defendants.           :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Having reviewed Plaintiffs' inquest filings, the Court requires certain additional information. Accordingly, by February 14, 2025, Plaintiffs shall file the following:

1. A declaration from Plaintiff Julio Rosas that (i) attaches and authenticates any W-2s received by him from Defendants that he claims contained fraudulent information, and, if he does not have any such documents, explains why not; and (ii) with respect to the statements that he "drove the company vehicle for work in the morning and afternoon" in his declaration filed September 6, 2024 (paragraphs 22-23), (a) what is meant by his reference to "the company vehicle," (b) for what specific purpose and tasks did he drive the company vehicle.

2. An attorney declaration submitting receipts for the translation services for which Plaintiffs seek costs.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

2

Dated:   January 31, 2025
         New York, New York
Copies transmitted this date to all counsel of record.