# KATZMELINGER

370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

Nicole Grunfeld
Katz Melinger PLLC

t: 212. 460.0047
f: 212. 428.6811
ndgrunfeld@katzmelinger.com

February 10, 2025

Granted.

SO ORDERED:

2/11/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**Via ECF**
Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Room 18D
New York, New York 10007

Re: ***Cano Gonzalez et al v. Tremson Recycling LLC et al***
**Civil Action No. 1:24-cv-01612-JGK**

Dear Judge Lehrburger:

We represent the plaintiffs, Tomas Cano Gonzalez and Julio Rosas, in the above-captioned matter, and write to request an extension of the deadline to file additional documents in support of their damages.

On January 31, 2025, the Court ordered Plaintiffs to submit additional information by February 14, 2025 in order for the Court to conduct an inquest concerning Plaintiffs' damages. Although we have gathered the requested documents, we require time for Mr. Rosas' declaration to be professionally translated into Spanish prior to obtaining his signatures. Accordingly, we respectfully request an extension of two weeks, to February 28, 2025, in order to file the required submissions.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Nicole Grunfeld*
Nicole Grunfeld