UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TOMAS CANO GONZALEZ et al,                :
                                          :      24-CV-1612 (JGK) (RWL)
                    Plaintiffs,           :
                                          :      **ORDER**
         - against -                      :
                                          :
TREMSON RECYCLING LLC et al,              :
                                          :
                    Defendants.           :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On January 31, 2025, the Court issued an order directing Plaintiffs to submit supplemental information in support of their request for damages by February 14, 2025. (Dkt. 57.) On February 10, 2025, Plaintiffs requested, and the Court granted, an extension until February 28, 2025, to file the supplemental information. (Dkts. 58-59.) No supplemental filing appears on the docket. Accordingly, the Court sua sponte grants a courtesy extension as follows. Plaintiffs shall file the supplemental information by March 7, 2025. Failure to timely file the supplemental information may result in denial of certain portions of Plaintiffs' requested damages.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   March 4, 2025
         New York, New York

Copies transmitted this date to all counsel of record.

1