```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

TOMAS CANO GONZALEZ, ET AL.,                24-cv-1612 (JGK)

               Plaintiffs,                ORDER

      - against -

TREMSON RECYCLING LLC, ET AL.,

               Defendants.

**JOHN G. KOELTL, District Judge:**

    The Court has reviewed the Report and Recommendation of Magistrate Judge Lehrburger dated March 14, 2025. The Report recommends that Plaintiff Cano Gonzalez be awarded (1) unpaid overtime wages in the amount of $91,762.50, plus prejudgment interest calculated at nine percent per annum from June 8, 2020; (2) liquidated damages on unpaid wages in the amount of $91,762.50; and (3) statutory damages under the New York Labor Law ("NYLL") in the amount of $10,000.00. The Report recommends that Plaintiff Rosas be awarded (1) unpaid overtime wages in the amount of $51,623.87, plus prejudgment interest calculated at nine percent per annum from April 20, 2020; (2) liquidated damages on unpaid wages in the amount of $51,623.87; (3) statutory damages under the NYLL in the amount of $10,000.00; and (4) statutory damages for fraudulent IRS returns in the amount of $30,000.00. The Report also recommends that both plaintiffs collectively be awarded (1) attorney's fees in the amount of $26,356.25; and (2) costs in the amount of $1,988.64.

No objections have been filed to the Report, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and correct. The Court therefore adopts the Report and awards the plaintiff the relief set out in the Report. The Clerk is directed to enter judgment in favor of the plaintiffs as set forth in the Report and Recommendation. The Clerk is also directed to close this case.

**SO ORDERED.**

**Dated:**   **New York, New York**
         **March 31, 2025**

_____
John G. Koeltl
United States District Judge