UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TOMAS CANO GONZALEZ, ET AL.,

                Plaintiffs,                      24 **CIVIL** 1612 (JGK)

      -against-                              **JUDGMENT**

TREMSON RECYCYLING LLC, ET AL.,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2025, no objections have been filed to the Report, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and correct. The Court has therefore adopted the Report. The Court has awarded Plaintiffs judgment against Defendants, jointly and severally, for the following monetary relief: A. Plaintiff Cano 1. Unpaid overtime wages in the amount of $91,762.50, plus pre-judgment interest calculated at nine percent per annum from June 8, 2020, in the amount of $39,754.53. 2. Liquidated damages on unpaid wages in the amount of $91,762.50. 3. Statutory damages under NYLL in the amount of $10,000.00. B. Plaintiff Rosas 1. Unpaid overtime wages in the amount of $51,623.87, plus pre-judgment interest calculated at nine percent per annum from April 20, 2020, in the amount of $22,988.89. 2. Liquidated damages on unpaid wages in the amount of $51,623.87. 3. Statutory damages under NYLL in the amount of $10,000.00. 4. Statutory damages for fraudulent IRS returns in the amount of $30,000.00. C. Both Plaintiffs Collectively 1. Attorney's fees in an amount of $26,356.25. 2. Costs in an amount of $1,988.64; accordingly, the case is closed.

**Dated:**  New York, New York
         March 31, 2025

                                                    **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                        **BY:**        *K. Mango*

                                                        **Deputy Clerk**