**Civil Court of the City of New York**

COUNTY OF _Southern District of N.Y_

<table>
<tr><td></td><td>[PLEASE PRESS HARD]</td></tr>
</table>

Index No. _1:24-CV-01612-JGK_

**AFFIRMATION IN SUPPORT OF**
**ORDER TO SHOW CAUSE**
To Vacate a Judgment and to Restore
to the Calendar

_Claimant(s)/Plaintiff(s)._

_against_

Address: _3 old Nichols Rd_
_BREWSTER N.Y_
_10509_

_Defendant(s)._

_Marjolaine Tremblay_

State of New York, County of _____ ss.:

_Marjolaine Tremblay_ , hereby affirms, deposes and says:

Defendant's Initials

**1.** _MT_ a) I am the party named as defendant in the above entitled action.
**PARTY**

**2.** _MT_ a) I have been served with a summons and complaint in this action [NOTE: If Small Claims skip #3, go to #4.]
**SERVICE** b) I have not been served, and my first notice of legal action was [NOTE: If you complete any of #2b, skip #3, #4 & #5, go to #6].

_MT_ a notice of Default Judgment mailed to me.
_____ a Restraining Notice on my bank account.
_____ a copy of an Income Execution served on _____
_____ Other: _____

**3.** _MT_ a) I did not appear and answer in the Clerk's Office because: [NOTE: If you complete #3a, skip to #6.]
**APPEAR-** _I was NOT INSTRUCTED TO DO SO after submitting the complaint TO MY_
**ANCE** b) I did appear and answer in the Clerk's Office _ATTORNEY._
_____ and I received a date for trial. _AND I did NOT recieve a Courdate and_
_____ but the answer was entered late. _time to appear before judge._
_____ Other: _____

**4.** On the Date of Trial before Judge/Arbitrator
**TRIAL** _____ a stipulation (a written agreement) was made between claimant/plaintiff and defendant.
_____ a judgment was entered after the trial.
_____ a judgment was entered against me by default for my failure to appear.
_____ Other: _____

**5.** My reason for not
**EXCUSE** _____ complying with the stipulation is _____
_____ following the order of the Court is _____
_____ appearing in court on the date scheduled for trial is _____
_____ Other: _____

**6.** I allege that I have a good defense because _I have had NO involvement IN THE OPERATIONS_
**DEFENSE** _of the businesses in question. I am NOT AN OWNER NOR have I worked_
**7.** _MT_ a) I have not had a previous Order to Show Cause regarding this index number. _for them. I lived out of STATE._
**PRIOR** _____ b) I have had a previous Order to Show Cause regarding this index number but I am making this further
application because _____

**8.** _MT_ I request that the Judgment be vacated, that the case be restored to the calendar, and permission to serve these
papers in person.

I affirm this _11_ day of _MARCH_, 20_26_, under the penalties of perjury under the laws of New York, which may
include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding
in a court of law.

Printed Name: _Marjolaine Tremblay_ Signature: _M Tremblay_

CIV-GP-17 (Revised 01/24)
FREE CIVIL COURT FORM
No fee may be charged to fill in this form.
Form can be found at: http://www.nycourts.gov/courts/nyc/civil/forms.shtml