**Marjolaine Tremblay**
3 Old Nichols Rd
Brewster, NY 10509
Email: Jolaine07@gmail.com
Phone: (802) 881-1673

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Tomas Cano Gonzalez and Julio Rosas, Plaintiffs, <br><br> v. <br><br> Tremson Recycling LLC, Tremson Corporation, Tremson Wood Products LLC, Denise Tremblay, Marjolaine Tremblay, George Tremblay Jr., and John Tremblay, Defendants. | Case No.: <br> 1:24-cv-01612-JGK |

Dear Judge Koeltl,

I am writing to clarify certain misinformation concerning my involvement in the above-referenced case. I believe I was named as a defendant in error, as I have had no involvement in the subject companies.

I am representing myself *pro se*, while my brothers, George Tremblay Jr. and John Tremblay, are represented by legal counsel.

I have been named as a defendant in a case brought by former employees of George Tremblay Jr. and John Tremblay, who own and operate the companies Tremson Corporation, Tremson Wood Products LLC, and Tremson Recycling LLC.

I wish to make clear that I have never been employed by, nor have I had any involvement whatsoever with these companies at any time. Until June 2022, I was employed as a flight attendant and was based in Colorado and Miami. Since 2005, my primary residence has been in Vermont until this year.

I have provided supporting documentation, including W-2 forms, a Vermont driver's license, and tax records, to opposing counsel at Katz Melinger PLLC. I am prepared to provide these materials to the Court upon request.

I respectfully request that the Court dismiss all claims against me and remove me as a defendant in this matter, based on the information provided.

While my brothers, George Tremblay Jr. and John Tremblay, have been involved in operating these businesses for more than 40 years, I have had no role in their operations at any time.

I would also like to note that my mother, Denise Tremblay, who is listed as a defendant, has recently passed away.

Thank you for your time and consideration.

Sincerely,

*Marjolaine Tremblay*

**Marjolaine Tremblay**
Dated: _____3/26/26_____